ORDER
Following disposition of this appeal on March 4, 2014, an active judge of the Court requested a poll on whether to rehear the case en banc. A poll having been conducted and there being no majority favoring en banc review, rehearing en banc is hereby DENIED.
ROSEMARY S. POOLER, Circuit Judge, concurs by opinion in the denial of rehearing en banc.
JOSÉ A. CABRANES, Circuit Judge, dissents by opinion from the denial of rehearing en banc.
REENA RAGGI, Circuit Judge, joined by JOSÉ A. CABRANES, RICHARD C. WESLEY, PETER W. HALL, DEBRA ANN LIVINGSTON, and CHRISTOPHER F. DRONEY, Circuit Judges, dissents by opinion from the denial of rehearing en banc.